AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Kirsten Moran (312) 722-2291



FILED
3/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

BRANDON OSORIO

CASE NUMBER: 26 CR 120

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 23, 2026, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(o) | Possession of a machinegun |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

KARL FREDRIKSEN
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: March 24, 2026

*Judge's signature*

City and state: Chicago, Illinois

MARIA VALDEZ, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, KARL FREDRIKSEN, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 4 years.  My current responsibilities include the investigation of violent crimes, including, among others, carjacking, violent crimes in aid of racketeering activity, illegal firearms trafficking, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that Brandon OSORIO has violated Title 18, United States Code, Section 922(o). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging OSORIO with possession of a machinegun, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

**I.      Search Warrant at the Subject Premises on March 23, 2026**

4.      On March 18, 2026, Magistrate Judge Holleb-Hotaling signed a search warrant authorizing the search of the first-floor apartment and basement at 6825 S. Claremont Avenue, Apartment 1 in Chicago, Illinois (the "**Subject Premises**"). On March 23, 2026, the FBI executed a federal search warrant of the **Subject Premises.**

5.      6825 S. Claremont Avenue is a single-family home split up into a first-floor apartment with a basement (the "**Subject Premises**"), and a second-floor apartment. As detailed further below, TORRES and OSORIO reside in the **Subject Premises.** TORRES's extended family resides in the second-floor apartment.

6.      The first-floor apartment of the **Subject Premises** has three bedrooms upon entry into the home: one on the right side of the house (Bedroom 1) and two on the left side of the house: Bedroom 2 followed by Bedroom 3.

7.      Law enforcement conducted surveillance on March 18 through March 23, 2026. Law enforcement observed TORRES and OSORIO entering and exiting 6825 S. Claremont Avenue unrestricted throughout the day and night, as well as staying overnight.

8.      After law enforcement knocked and announced at the **Subject Premises** on March 23, 2026, OSORIO and TORRES did not exit the first-floor

apartment.[1] The occupants of the second-floor apartment, including Individual 1, Individual 2, Individual 3, and a juvenile male exited the second floor of the residence.

9. Individual 1, who resides on the second floor and identified herself as Torres' relative, stated that TORRES lived in Bedroom 3 and that one of TORRES's friends lived in Bedroom 2. Bedroom 1 did not appear to be occupied.

10. I believe OSORIO resides in Bedroom 2 based on the following items found in Bedroom 2:

a. Cook County Probation documents addressed to OSORIO

b. A pair of Apple AirPods with 'Brittle' engraved on the case (based on information gathered during the course of the investigation, I am aware that 'Brittle' is a nickname for OSORIO)

c. Clothing consistent in size with OSORIO's stature and seen by surveilling agents worn by OSORIO. OSORIO is significantly taller than Torres

d. Lease documentation for a Jaguar SUV addressed to OSORIO

e. IRS documents addressed to OSORIO

11. In searching Bedroom 2, law enforcement recovered a black Machine Gun Conversion Device (MCD) that, based on my law enforcement training and experience, replaces the factory back plate on a Glock handgun and converts the

---

[1] Upon knocking and announcing, a 16-year-old minor female exited 6825 S. Claremont Avenue and told law enforcement that she had run away, was staying with "Smokey", who she met on Facebook, in the first floor apartment and that she did not see anyone when she woke up and came outside.

firearm from semi-automatic to fully-automatic.[2] The MCD was located on the floor behind a computer desk, on the west wall of Bedroom 2. That wall was struck twice by law enforcement window breaking projectiles, one of which struck the wall so hard that it punctured the wall, disturbing items on or near the west wall of Bedroom 2. I believe that the MCD was likely on the desk and fell off when the wall was struck or during a law enforcement clear of the residence.

12. Law enforcement also observed a burning candle in Bedroom 2, which I believe suggested that someone had recently occupied Bedroom 2.

13. In addition, the following non-exhaustive list of items were located in Bedroom 2:

     a. Taurus handgun

     b. Glock 21 handgun

     c. HK 9mm handgun with an extended magazine

     d. Giesselle .556 rifle

     e. Assorted firearm accessories/parts

14. After clearing both the first and second floor apartments, law enforcement ultimately found TORRES and OSORIO hiding in the second-floor attic.

---

[2] The National Firearms Act (NFA), 26 U.S.C.§5845(b), defines "machinegun" as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person."

I believe that after law enforcement knocked and announced their presence, TORRES and OSORIO fled from their rooms on the first floor and hid in the second-floor attic.

15. Bedroom 3 contained the following items belonging to TORRES, including:

a. A cellular telephone was located on the bed of Bedroom 3, that, on the notifications of the screen, showed texts from "Belen" (whom I believe to be the mother of TORRES's child based on the search of TORRES' phone) and TORRES's mother as recently as approximately 2:00 a.m. on March 23, 2026.

b. In a wallet on the desk, a social security card listing the name of "JULIAN TORRES"

c. In the same wallet, Blue Cross Blue Shield health insurance card listing the name of "JULIAN TORRES"

d. Clothing consistent in size with TORRES' stature and seen by surveilling agents on March 19, 20, and 21 worn by TORRES. TORRES' clothing is significantly too small for OSORIO.

e. Prescription pill bottles with TORRES' name affixed to the label.

f. Following his detention, TORRES requested that law enforcement retrieve articles of his clothing from Bedroom 3.

II. **Osorio's Knowledge of Machineguns**

16. During the post-*Miranda* interview of OSORIO, OSORIO stated that he knows based off YouTube videos that switches change the firing rate of a firearm. OSORIO further stated that some switches look like a block on the end of a Glock with a button that moves side to side, switching the firearm from semi-automatic to fully-automatic.

17. In addition to OSORIO's statements in his post-*Miranda* interview, I believe that Osorio knows the functionality of switches based on the numerous messages recovered from his Snapchat account in which he references switches, selling switches, and assembling them on firearms.

18. Specifically, law enforcement searched OSORIO's Snapchat account, "morganmoneygang" pursuant to a federal search warrant.[3] The following messages were retrieved from OSORIO's account:

    a. In a Snapchat message between morganmoneygang and capone5523, between February 12 and February 13, 2024, the following exchange regarding OSORIO selling various firearms, including one with a "button"[4] occurs:

MORGANMONEYGANG: I got sum pipes in
CAPONE5523: Wa u got gang
MORGANMONEYGANG: Imma show u wen u gt bckk home
CAPONE5523: Bet lmkk
MORGANMONEYGANG: [sends a photo]
CAPONE5523: Send price list on all gang

---

[3] I know this to be OSORIO's Snapchat account because, among other reasons, his Snapchat account lists a phone number 708-348-7649, which is the same phone number that OSORIO lists on publicly-filed court documents. Subscriber information from Verizon Wireless also lists OSORIO as the subscriber for that phone number.

[4] Based on my training and experience, I know that "button" is a slang term for a switch.

CAPONE5523: Ima post it on my Telly
CAPONE5523: And hm that lil 1911
MORGANMONEYGANG: Mp shield 650..ruger 650..g19 850..palmetto 5.7 1000..g27 wit button 11
MORGANMONEYGANG: Canik 750

Based on the text messages described above, my knowledge of the investigation and my training and experience, OSORIO was conveying to "capone5523" that he had firearms available for sale, including a "G27" firearm with a "button", which I know to be slang for a Glock model 27 firearm with a switch. I believe OSORIO was conveying that the listed price of the Glock model 27 was $1100.

b.     In a Snapchat message conversation between morganmoneygang and yayod5531 on February 13, 2024, the following exchange regarding OSORIO selling a switch occurs:

YAYOD5531: How much for switch
MORGANMONEYGANG: 11
YAYOD5531: How bout the 43
MORGANMONEYGANG:750 it's the new one u can put a beam and red dot on
YAYOD5531: Lms wat they say
MORGANMONEYGANG: Kk

Based on the text messages described above, my knowledge of the investigation and my training and experience, OSORIO was conveying to "yayod5531" that he was selling a switch for $1100 and the "43", which I know to be a reference to a Glock model 43, for $750.

c.     In a Snapchat message conversation between morganmoneygang and trap_19th, between February 13 and February 15, 2024, the following exchange regarding OSORIO selling a switch occurs:

7

TRAP_19TH: How much is the switch1
TRAP_19TH: This 1 a 45
MORGANMONEYGANG: Naw
MORGANMONEYGANG: Its 9
TRAP_19TH: How much for the switch one d
MORGANMONEYGANG: 11 d
TRAP_19TH: Kk
TRAP_19TH: When gonna b back on da bud
MORGANMONEYGANG: This weekend
TRAP_19TH: U still got that switch I'm interested in it d
TRAP_19TH: What the best can do on it
MORGANMONEYGANG: Its gone d
TRAP_19TH: Let me know come across other 1

Based on the text messages described above, my knowledge of the investigation and my training and experience, "trap_19th" was interested in a firearm OSORIO had listed for sale. OSORIO informed "trap_19th" that the firearm was a 9mm with a switch.

## III. CONCLUSION

19. Based on the foregoing facts, I respectfully submit there is probable cause to believe that BRANDON OSORIO has committed the offense of unlawfully possessing a machinegun, in violation of Title 18, United States Code, Section 922(o).

FURTHER AFFIANT SAYETH NOT.

KARL FREDRIKSEN
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone March 24, 2026.

Honorable MARIA VALDEZ
United States Magistrate Judge

9